**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR CARL HONEY,<br><br>     Plaintiff,<br><br>          v.<br><br>UNITED STATES MARSHALS SERVICE,<br><br>     Defendant. | Civil Action No.  12-1992 (JEB) |

**MEMORANDUM OPINION**

Plaintiff Victor Honey filed a three-sentence *pro se* Complaint in D.C. Superior Court on October 4, 2012.  He alleged that the United States Marshals Service abused process in connection with a landlord-tenant case in Superior Court.  See ECF No. 1 (Notice of Removal), Attach. 2 (Complaint).  After USMS removed the case to this Court, it filed a Motion to Dismiss.  See ECF No. 4.  On January 17, 2013, the Court issued a Minute Order directing Plaintiff to respond to the Motion by February 8 or risk the Court's deeming the matter conceded.  When Plaintiff failed to do so, the Court issued a longer Order citing Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), and instructing Plaintiff to file a response by March 6 or risk dismissal.  See ECF No. 6.  Plaintiff has still not responded.

The Court will, therefore, treat the Motion as conceded and dismiss the case without prejudice.  A contemporaneous Order will so state.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  March 11, 2013

1